31 A.3d 288

Nanya Rashiyd ZODOQ EL, Sui Juris Priority
Claimant/Injured Party, Petitioner

v.

Superintendent, SCI–Albion, Michael HARLOW; Attorney General of the Commonwealth of Pennsylvania; and District Attorney of Philadelphia County, Seth Williams, Respondents.

No. 82 EM 2011.

Supreme Court of Pennsylvania.

Nov. 2, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Motion for an Evidentiary Hearing are **DENIED.**